**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00280-CV

**VIEWPOINT, INC. D/B/A VIEWPOINT CONSTRUCTION SOFTWARE, Appellant**

**V.**

**R&B ROOFING, L.L.C., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03209-E**

## ORDER

In a letter dated April 19, 2016, counsel for appellant informed the Court that there is no reporter's record in this appeal. Accordingly, we **ORDER** the appeal be submitted without a reporter's record.

Appellant's brief is due **MONDAY, MAY 23, 2016**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE